## JOLLY et al. v. MATTHEWS.

EVANS, J. The errors assigned were that the verdict was contrary to law and without evidence to support it, and contrary to a designated portion of the charge of the court. The evidence, though conflicting, was sufficient to authorize the verdict; and the judgment overruling the motion for new trial is

*Affirmed. All the Justices concur.*

Submitted May 24,—Decided June 9, 1904.

Complaint. Before Judge Fite. Gordon superior court. August 1, 1903.

*Starr & Erwin,* for plaintiffs in error.
*Cantrell & Ramsaur,* contra.